```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON
```

RAY JUSTIS,

      Petitioner,

v.                                Civil Action No. 2:16-05199

KAREN PSZCZOLKOWSKI, Warden,
Northern Correctional Facility,

      Respondent.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Cheryl A. Eifert, filed on October 31, 2016, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B); and having reviewed the record in this proceeding; and there being no objections filed by any party to the proposed findings and recommendation; and it appearing proper so to do, it is ORDERED that the findings and conclusions made in the proposed findings and recommendation of the magistrate judge be, and they hereby are, adopted by the court.

It is, therefore, ORDERED that the petitioner's motion for a stay and abeyance be, and it hereby is, denied. It is further ORDERED that this action be, and it hereby is, dismissed from the docket of the court.

The Clerk is directed to forward copies of this written opinion and order to plaintiff, all counsel of record and the United States Magistrate Judge.

DATED: December 16, 2016

John T. Copenhaver, Jr.
United States District Judge